918

No. 92–7932. CHARLES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7935. KEMP *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–7938. EALEY *v.* ARMONTROUT ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7939. HURRY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7942. JENKINS *v.* FIRST FIDELITY MORTGAGE CO. C. A. 11th Cir. Certiorari denied.

No. 92–7943. JOHNSON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7947. ADDERLY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7948. STURGIS *v.* GOLDSMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7952. MEASE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 92–7953. TRICE *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 92–7955. VEY *v.* WOLFE, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 92–7957. JOHNSON *v.* HUNTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7958. HUGHES *v.* BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7961. HENTHORN *v.* NATIONAL TRANSPORTATION SAFETY BOARD. C. A. D. C. Cir. Certiorari denied.

No. 92–7963. FERENC *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–7966. HUNT *v.* COURT OF APPEALS OF TEXAS, FIRST DISTRICT. Sup. Ct. Tex. Certiorari denied.